# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| STEVEN HARPER, | CASE NO. 06CV1683 JM (PCL) |
|---|---|
| Petitioner, | ORDER DISMISSING PETITIONER'S MOTION TO STAY ADJUDICATION OF HABEAS CORPUS PETITION |
| vs. | |
| KEN CLARK, Warden | |
| Respondent. | |

On August 18, 2006, Petitioner filed a petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Also on August 18, 2006, Petitioner filed a motion to stay the habeas proceedings to allow petitioner to first exhaust his state judicial remedies. On September 5, 2006, this court dismissed the petition for failure to pay the $5.00 filing fee or move to proceed in forma pauperis, as well as for failure to name a proper respondent. In light of the September 5 order of dismissal, Petitioner's motion to stay the habeas proceedings is DENIED as moot.

**IT IS SO ORDERED**.

DATED: September 11, 2006

Hon. Jeffrey T. Miller
United States District Judge

06CV1683