# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HARPER,<br><br>                              Petitioner,<br><br>         v.<br><br>KEN CLARK,<br><br>                              Respondent. | Civil No.   06cv1683-JM (PCL)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On August 18, 2006, Petitioner, a state prisoner proceeding pro se, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a Motion to Stay the proceedings in order to allow him to return to state court to exhaust claims. On September 5, 2006, the Court dismissed this action for failure to satisfy the filing fee requirement and for failure to name a proper respondent. Petitioner was instructed that to have this case reopened, he had to satisfy the filing fee requirement <u>and</u> file an amended petition on or before November 6, 2006. The Court subsequently denied Petitioner's Motion to Stay without prejudice.

On September 8, 2006, Petitioner filed a Motion to Proceed In Forma Pauperis but still has not filed an amended petition. Petitioner has .04 on account at the California correctional institution in which he is presently confined. Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and allows Petitioner

1  to prosecute the above-referenced action as a poor person without being required to prepay fees
2  or costs and without being required to post security.  However, this matter remains closed
3  pending the filing of an amended petition on or before November 6, 2006.
4  **IT IS SO ORDERED.**
5  DATED:  September 26, 2006

                          Peter C. Lewis
                          U.S. Magistrate Judge
                          United States District Court

Copies to:    ALL PARTIES